# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

KEVIN DAVIS,

        Plaintiff,

-vs-                                Case No. 6:09-cv-483-Orl-28GJK

LIGHTHOUSE HORIZONS, INC.,

        Defendants.
_____

## ORDER

This case is before the Court on Plaintiff's Motion for Entry of Default Final Judgment (Doc. No. 9) filed June 15, 2009. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed September 10, 2009 (Doc. No. 12) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    Plaintiff's Motion for Entry of Default Final Judgment (Doc. No. 9) is **GRANTED**.

    3.    Final Judgment is hereby entered awarding Plaintiff $2,495.00 in unpaid overtime compensation, $2,495.00 in liquidated damages, and $400.00 in costs, for a total award of $5,390.00.

4. The Clerk is directed to enter judgment in favor of Plaintiff and against Defendant in accordance with the terms of this Order and to thereafter close this file.

DONE and ORDERED in Chambers, Orlando, Florida this 1st day of October, 2009.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party